**In The United States District Court**
**For The District of Maryland**
**Northern Division**

| | |
|---|---|
| JESSE A. GROSS | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Civil Action No. CCB-09-02679 |
| | * |
| WILLIS DRUMMOND | * |
| | * |
| and | * |
| | * |
| THE UNITED STATES OF AMERICA | * |
| | * |
| and | * |
| | * |
| SHERREVIA L. MACK | * |
| | * |
| and | * |
| | * |
| S.T.A.R. ASSOCIATES, INC. | * |
| 12 West Montgomery Street | * |
| Baltimore, Maryland   21230 | * |
| **SERVE ON:** | * |
| Barbara A. Robinson | * |
| 4025 Essex Road | * |
| Baltimore, Maryland 21207 | * |
| Defendants | * |

*********************************

## <u>AMENDED COMPLAINT AND ELECTION FOR JURY TRIAL</u>

Jesse A. Gross, Plaintiff, by his attorneys, Lon C. Engel and Engel & Engel, P.A., sues

the Defendants, Willis Drummond (hereinafter referred to as "Drummond"), The United States

of America (hereinafter referred to as "US"), Sherrevia L. Mack (hereinafter referred to as "Mack"), and S.T.A.R. Associates, Inc. (Hereinafter referred to as "STAR"), stating:

### Statement of Fact

1.   That on or about September 6, 2007 at approximately 8:40 a.m., the Plaintiff, Jesse Gross, was a passenger in a vehicle being operated by Defendant Mack in a southbound direction on Pine Street at or near its intersection with Fayette Street.

2.   That at all times relative to this action and complaint, the actions and operation of the vehicle by Defendant Mack were as the agent, servant and/or employee of Co-Defendant STAR.

3.   That on or about the above stated date and time, the Co-Defendant Drummond, was operating a vehicle in a westbound direction on Fayette Street or near its intersection with Pine Street.

4.   That at all times referred to herein and during the operation of the vehicle, the Co-Defendant Drummond was operating his vehicle as an agent, servant and/or employee of the Veteran's Administration which is a division of the United States Government.  Therefore, the Co-Defendant Drummond was operating as an agent, servant and/or employee of the Co-Defendant, US.

5.   That Pine and Fayette Streets are public highways in Baltimore City, State of Maryland.

6.   That the Plaintiff, Jesse Gross, presented to the Department of Veteran's Affairs, The Office of General Counsel, a tort claim in compliance with the Federal Torts Claim Act of the United States Code.

7.   That this claim, under the Federal Torts Claim Act has been denied by the Department

of Veteran's Affairs Office of General Counsel effective April 28, 2009.

8.  That as a result of that denial, Plaintiff, Jesse Gross, has the right herein to bring an action under the Federal Torts Claim Act against all Defendants within six (6) months from the date of the mailing of the Notice of Final Denial.

9.  That claims for relief against the Defendant, US and Co-Defendant, Drummond as agent, servant and/or employee of Defendant, US, are within the jurisdiction of this Court.

10.  That this action is brought under the Federal Torts Claim Act, 28 U.S.C., §1346(b), 2401(b) and 2671-2680.  Additionally, the Plaintiff, Jesse Gross, is a citizen of the United States of America.

11.  That at all times stated herein, the Defendant, US, through its agency, The Veteran's Administration, was the owner of the vehicle being operated by the Co-Defendant Drummond.

## Count One

12.  The Plaintiff, Jesse Gross, incorporates all those allegations of fact contained in the Statement of Fact as though same were repeated herein.

13.  That the Plaintiff, Jesse Gross, while a passenger in the vehicle being operated by Co-Defendant Mack, was traveling southbound on Pine Street, proceeding through the intersection of Fayette Street, on a green light when the Co-Defendant, Drummond, operating the vehicle of the Co-Defendant, US, in a westbound direction on Fayette Street, ran through the red light and crashed into the driver's side door of the vehicle in which the Plaintiff, Jesse Gross, was a passenger.

14.  That the collision was caused by reason of the negligence of the Co-Defendant, Drummond, as agent, servant and/or employee of Defendant, US, in that he failed to keep a

proper lookout, failed to obey and stop for the red automatic traffic signal governing his lane of traffic, was traveling at a speed greater than reasonable, failed to keep the vehicle he was driving under sufficient and proper control, failed to observe the presence and proximity of other vehicles lawfully on the road, failed to avoid striking into and against the vehicle in which the Plaintiff was seated as a passenger, and was in other respects careless, reckless and negligent.

15.   That as a result thereof, the Plaintiff, Jesse Gross, was and will be caused to sustain serious, painful and possibly permanent injuries in and about his head, neck, back, limbs and nervous system.

16.   That the Plaintiff, Jesse Gross, was and will be caused to seek the services of physicians, surgeons and hospitals, and to expend or become obligated to expend great sums of money.

17.   That as a result of the collision, the Plaintiff, Jesse Gross, was and will be hindered and handicapped and prevented from engaging in his normal endeavors, pursuits, occupations and routines all due to the injuries sustained.

18.   That all the aforegoing injuries, losses and damages were proximately caused by the reason of the negligence of the Defendant, Drummond, as agent, servant and/or employee of Defendant, US, his acts and omissions and all without want of due care or negligence on the part of the Plaintiff, Jesse Gross, thereunto contributing.

**WHEREFORE,** this suit is brought and the Plaintiff, Jesse Gross, prays judgment against the Defendants, Willis Drummond and the United States of America, jointly and severally, in the amount of Thirty Thousand ($30,000.00) Dollars.

## Count Two

19.   That the Plaintiff, Jesse Gross, incorporates herein by reference all those allegations of fact as previously stated as though same were repeated herein.

20.   That the Co-Defendant, Drummond, operating the vehicle of the Co-Defendant, US, was traveling in a westbound direction on Fayette Street, proceeding through the intersection on a green light, when the Co-Defendant, Mack, as agent, servant and/or employee of Co-Defendant, STAR, and in which the Plaintiff, Jesse Gross, was lawfully seated as a passenger, was traveling southbound on Pine Street, ran the red light and crashed into Co-Defendant Drummond's vehicle.

21.   That the collision was caused by reason of the negligence of the Co-Defendant, Mack, as agent, servant and/or employee of Defendant, STAR, in that she failed to keep a proper lookout, failed to obey and stop for the red automatic traffic signal governing her lane of traffic, was traveling at a speed greater than reasonable, failed to keep the vehicle she was driving under sufficient and proper control, failed to observe the presence and proximity of other vehicles lawfully on the road, failed to avoid striking into and against the vehicle of the Co-Defendants, and was in other respects careless, reckless and negligent.

22.   That as a result thereof, the Plaintiff, Jesse Gross, was and will be caused to sustain serious, painful and possibly permanent injuries in and about his head, neck, back, limbs and nervous system.

23.   That the Plaintiff, Jesse Gross, was and will be caused to seek the services of physicians, surgeons and hospitals, and to expend or become obligated to expend great sums of money.

24.   That as a result of the collision, the Plaintiff, Jesse Gross, was and will be hindered and handicapped and prevented from engaging in his normal endeavors, pursuits, occupations and routines all due to the injuries sustained.

25.   That all the aforegoing injuries, losses and damages were proximately caused by the reason of the negligence of the Defendant, Mack, as agent, servant and/or employee of Defendant, STAR, her acts and omissions and all without want of due care or negligence on the part of the Plaintiff, Jesse Gross, thereunto contributing.

**WHEREFORE,** this suit is brought and the Plaintiff, Jesse Gross, prays judgment against the Defendants, Sherrevia Mack and S.T.A.R. Associates, Inc., jointly and severally, in the amount of Thirty Thousand ($30,000.00) Dollars.

**ENGEL & ENGEL, P.A.**

\s\
_____
Lon C. Engel #02470
11 East Lexington Street, Suite 200
Baltimore, Maryland 21202
(410)727-5095
(410) 727-1422(fax)
lengel@engellaw.com

Attorney for Plaintiff

**In The United States District Court**
**For The District of Maryland**
**Northern Division**

| | |
|---|---|
| JESSE A. GROSS | * |
| | * |
|     Plaintiff | * |
| | * |
| v. | *    Civil Action No. CCB-09-02679 |
| | * |
| WILLIS DRUMMOND | * |
| | * |
|     and | * |
| | * |
| THE UNITED STATES OF AMERICA | * |
| | * |
|     and | * |
| | * |
| SHERREVIA L. MACK | * |
| | * |
|     and | * |
| | * |
| S.T.A.R. ASSOCIATES, INC. | * |
| 12 West Montgomery Street | * |
| Baltimore, Maryland   21230 | * |
| **SERVE ON:** | * |
| Barbara A. Robinson | * |
| 4025 Essex Road | * |
| Baltimore, Maryland 21207 | * |
|     Defendants | * |

*********************************

<u>**ELECTION FOR JURY TRIAL**</u>

Mr. Clerk:
The Plaintiff, Jesse Gross, elects to have his case tried before a jury.

**ENGEL & ENGEL, P.A.**

-7-

\s\
_____

Lon C. Engel, #02470
11 East Lexington Street, Suite 200
Baltimore, Maryland 21202
(410)727-5095
(410) 727-1422 (fax)
lengel@engellaw.com

Attorney for Plaintiff